### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**DEAN C. BOYD**                                                     **PLAINTIFF**

**v.**                                                     **Cause No. 4:26-CV-33-JDM-RP**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                         **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the order of dismissal entered this day, Plaintiff Dean C. Boyd's plaintiff's motions to proceed as a pauper [2], [3], [5] are **DENIED**.  In light of this ruling, Boyd's motion for hearing [13] and motion for jury trial [14] are **DISMISSED** as moot.

This case is **CLOSED**.

**SO ORDERED**, this, the 4th day of August, 2026.

 /s/  James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI